## McPherson, Appellant, *v.* Cole.

Argued March 3, 1913. Appeal, No. 31, March T., 1913, by plaintiff, from order of C. P. Susquehanna Co., Jan. T., 1877, No. 347, revived to Nov. T., 1911, No. 97, opening judgments in case of James McPherson to use of George I. Cole v. Annie Cole, Administratrix of the Estate of Henry Cole, deceased.    Before RICE, P. J., HENDERSON, MORRISON. ORLADY, HEAD and PORTER, JJ.    Decree modified.

Rule to open judgment.

*John R. Jones,* for appellant.

*John Ferguson,* for appellee.

PER CURIAM, July 16, 1913:

This case involves the same questions, and those questions only, that were involved in two cases between the same parties that were appealed to the Supreme Court in McPherson v. Cole, 240 Pa. 444, 448.    At the time this case was submitted on paper-books an order was made holding it in abeyance until the decision by the Supreme Court of the two appeals therein pending.    Those appeals having been decided, we make the same order in the present case.

We modify the order and decree of the court of common pleas involved in this appeal, by eliminating from its operation the original judgment, and, as so modified, the order and decree are affirmed at the costs of the appellant.